In the Matter of THOMAS J. BLAIR, an Infant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WILLIAM W. NILES v. EDWIN B. HAVENS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL SHERMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SUNDEL HYMAN v. FEDERAL DOLL MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARTIN KENNY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. (See *New Rochelle Gas Co.* v. *Van Benschoten*, 47 App. Div. 477.) Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JOHN FOWLER v. NEW YORK HERALD COMPANY.— Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SAMUEL HABER v. WILLIAM J. FALLON.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BLOOM BROTHERS & COMPANY, INC., v. LEASE BROTHERS MOTOR COMPANY, INC., and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

AUGUST H. TIEMEYER v. MABEL K. TIEMEYER.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALMERINDO PORTFOLIO v. HARRY RUBIN.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of SARAH E. FERNALD, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LORENZ REICH v. ALEXANDER S. COCHRAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JOHN W. CLARK, JR., v. NASH ROCKWOOD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.